LINDA M. MORONEY (SBN: 172668)
STEPHANIE B. WERSEL (SBN: 253759)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
US REPORTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOR RONLAKE, PAULA RONLAKE,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>US-REPORTS, INC. ("US"0 AND GROUP MANAGEMENT 002 LLC ("GM2") AND DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 1:11-CV-02009-LJO-MJS<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEYS** |

　　　Current counsel for defendant US-Reports, Inc., Stacey D. McKee Knight and Rachel C. Schumacher, wish to withdraw as counsel. Linda M. Moroney and Stephanie B. Wersel will substitute in as new counsel. A substitution of attorney has been separately filed for both Ms. Moroney and Ms. Wersel.

　　　The Court hereby GRANTS the stipulated request to substitute counsel.

IT IS SO ORDERED.

　　　Dated:　　February 26, 2013　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-
ORDER GRANTING SUBSTITUTION OF ATTORNEYS

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**