1  LINDA M. MORONEY  (SBN:  172668)
   STEPHANIE B. WERSEL  (SBN:  253759)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Plaintiff
   US REPORTS, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  THOR RONLAKE, PAULA RONLAKE,        )  CASE NO. 1:11-CV-02009-LJO-MJS
                                        )
12                        Plaintiffs,   )  **STIPULATION AND ORDER TO**
                                        )  **EXTEND DISCOVERY CUT-OFF**
13       vs.                            )  **DATE**
                                        )
14  US-REPORTS, INC. ("US"0 AND GROUP   )
    MANAGEMENT 002 LLC ("GM2") AND DOES 1 )
15  through 20, inclusive,              )
                                        )
16                        Defendants.   )
                                        )

17

18       Plaintiffs Thor Ronlake and Paula Ronlake ("Plaintiffs"), Defendant US-Reports, Inc.

19  ("US-Reports") and Defendant Group Management 002 LLC ("GM2") hereby stipulate to the

20  following:

21       WHEREAS Plaintiffs noticed various depositions of US-Reports and GM2 employees

22  scheduled in March 2013;

23       WHEREAS US-Reports has just retained new counsel that needs time to get familiar

24  with this case;

25       WHEREAS GM2's counsel is unable to attend depositions in March or April due to an

26  April 1 arbitration and a May 1 trial;

27       WHEREAS the current non-expert discovery cut-off date is April 30;

28       WHEREAS the parties have not previously sought to extend the discovery cut-off date;

-1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1    WHEREAS the parties have come to a resolution to allow for additional time to schedule

2  depositions and complete all other necessary discovery in advance of trial and HEREBY

3  STIPULATE AS FOLLOWS;

4    IT IS HEREBY STIPULATED by and between the parties, through their attorneys of

5  record,  that the current April 30, 2013 non-expert discovery cut-off date shall be extended to

6  August 28, 2013.

7

8  Dated:  March 4, 2013                    GORDON & REES LLP

9

10                                          By:    /s/_____
                                                   Linda M. Moroney
11                                                 Stephanie B. Wersel
                                                   Attorneys for DEFENDANT US-
12                                                 REPORTS, INC.

13

14  Dated:  March ____, 2013               PENNER, BRADLEY & SIMONIAN

15

16                                          By:    /s/ _____
                                                   Peter Sean Bradley
17                                                 Attorney for PLAINTIFFS THOR
                                                   RONLAKE AND PAULA
18                                                 RONLAKE

19

20  Dated:  March ____, 2013               BIRNDORF LAW OFFICES

21

22

23                                          By:    /s/ _____
                                                   Deborah Birndorf Zeiler
                                                   Attorney for DEFENDANT GROUP
24                                                 MANAGEMENT 002 LLC

25

26

27

28

-2-
Stipulation And Order To Extend Discovery Cut-Off Date, Case No. 1:11-CV-02009-LJO-MJS

1

ORDER

2

3          Good cause appearing therefore based on the above stipulation of the parties, the non-

4    expert discovery cut-off is hereby extended to August 28, 2013.

5

6    IT IS SO ORDERED.

7

8          Dated:    March 6, 2013                    /s/ *Michael J. Seng*

                                                UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MNTR/1086305/14847775.1

-3-

Stipulation And Order To Extend Discovery Cut-Off Date, Case No. 1:11-CV-02009-LJO-MJS

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**