1  LINDA M. MORONEY  (SBN: 172668)
   STEPHANIE B. WERSEL  (SBN: 253759)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   US REPORTS, INC.

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 THOR RONLAKE, PAULA RONLAKE,         )  CASE NO. 1:11-CV-02009-LJO-MJS
                                        )
12                 Plaintiffs,           )  **STIPULATION AND ORDER TO**
                                        )  **EXTEND DISCOVERY CUT-OFF**
13     vs.                              )  **DATE**
                                        )
14 US-REPORTS, INC. ("US"0 AND GROUP    )
   MANAGEMENT 002 LLC ("GM2") AND DOES 1)
15 through 20, inclusive,                )
                                        )
16                 Defendants.           )
                                        )

18     Plaintiffs Thor Ronlake and Paula Ronlake ("Plaintiffs"), Defendant US-Reports, Inc.

19 ("US-Reports") and Defendant Group Management 002 LLC ("GM2") hereby stipulate to the

20 following:

21     WHEREAS Plaintiffs and GM2 noticed depositions of US-Reports' employees in July

22 and August 2013;

23     WHEREAS GM2 noticed Plaintiffs' depositions in July 2013;

24     WHEREAS Plaintiffs, US-Reports and GM2 have agreed to participate in mediation on

25 August 20, 2013;

26     WHEREAS the parties have agree not to incur the attorneys' fees and costs necessary in

27 conducting the noticed deposition prior to mediation;

28     WHEREAS the current discovery cut-off date is currently August 28, 2013;

-1-

Stipulation And Order To Extend Discovery Cut-Off Date, Case No. 1:11-CV-02009-LJO-MJS

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

WHEREAS the parties agree that, in the event mediation is unsuccessful, they wish to pursue depositions and other discovery against the other parties;

WHEREAS the parties have previously sought to extend the discovery cut-off date due to US-Reports' substitution of counsel;

WHEREAS the parties have come to a resolution to conduct mediation prior to incurring the costs of deposition and other discovery and HEREBY STIPULATE AS FOLLOWS;

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that the current August 28, 2013 non-expert discovery cut-off date shall be extended to October 4, 2013.

Dated:  July 11, 2013                         GORDON & REES LLP

By:  /s/_____
    Linda M. Moroney
    Stephanie B. Wersel
    Attorneys for DEFENDANT US-REPORTS, INC.

Dated:  July ____, 2013                       PENNER, BRADLEY & SIMONIAN

/s/ _____

By:  /s/ _____
    Peter Sean Bradley
    Attorney for PLAINTIFFS THOR RONLAKE AND PAULA RONLAKE

Dated:  July ____, 2013                       BIRNDORF LAW OFFICES

By:  /s/ _____
    Deborah Birndorf Zeiler
    Attorney for DEFENDANT GROUP MANAGEMENT 002 LLC

-2-

Stipulation And Order To Extend Discovery Cut-Off Date, Case No. 1:11-CV-02009-LJO-MJS

# ORDER

Good cause appearing therefore, the above stipulation is accepted and approved and made the order of the Court, and the deadline for conducting non-expert discovery is hereby extended to October 4, 2013.

IT IS SO ORDERED.

Dated: __August 15, 2013__     /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE