LINDA M. MORONEY  (SBN:  172668)
STEPHANIE B. WERSEL  (SBN:  253759)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
US REPORTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOR RONLAKE, PAULA RONLAKE, | CASE NO. 1:11-CV-02009-LJO-MJS |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF DATE** |
| vs. | |
| US-REPORTS, INC. ("US"0 AND GROUP MANAGEMENT 002 LLC ("GM2") AND DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiffs Thor Ronlake and Paula Ronlake ("Plaintiffs"), Defendant US-Reports, Inc. ("US-Reports") and Defendant Group Management 002 LLC ("GM2") hereby stipulate to the following:

WHEREAS Plaintiffs and GM2 noticed depositions of US-Reports' employees in July and August 2013;

WHEREAS GM2 noticed Plaintiffs' depositions in July 2013;

WHEREAS Plaintiffs, US-Reports and GM2 have agreed to participate in mediation on August 20, 2013;

WHEREAS the parties have agree not to incur the attorneys' fees and costs necessary in conducting the noticed deposition prior to mediation;

WHEREAS the current discovery cut-off date is currently August 28, 2013;

-1-

WHEREAS the parties agree that, in the event mediation is unsuccessful, they wish to pursue depositions and other discovery against the other parties;

WHEREAS the parties have previously sought to extend the discovery cut-off date due to US-Reports' substitution of counsel;

WHEREAS the parties have come to a resolution to conduct mediation prior to incurring the costs of deposition and other discovery and HEREBY STIPULATE AS FOLLOWS;

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that the current August 28, 2013 non-expert discovery cut-off date shall be extended to October 4, 2013.

Dated: July 11, 2013                GORDON & REES LLP

By: /s/_____
    Linda M. Moroney
    Stephanie B. Wersel
    Attorneys for DEFENDANT US-REPORTS, INC.

Dated: July ____, 2013              PENNER, BRADLEY & SIMONIAN

/s/ _____

By: /s/ _____
    Peter Sean Bradley
    Attorney for PLAINTIFFS THOR RONLAKE AND PAULA RONLAKE

Dated: July ____, 2013              BIRNDORF LAW OFFICES

By: /s/ _____
    Deborah Birndorf Zeiler
    Attorney for DEFENDANT GROUP MANAGEMENT 002 LLC

-2-

Stipulation And Order To Extend Discovery Cut-Off Date, Case No. 1:11-CV-02009-LJO-MJS

ORDER

Good cause appearing therefore, the above stipulation is accepted and approved and made the order of the Court, and the deadline for conducting non-expert discovery is hereby extended to October 4, 2013.

IT IS SO ORDERED.

Dated:   August 15, 2013            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

MNTR/1086305/16137863v.1