UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOR RONLAKE, et al., | CASE NO. CV F 11-2009 LJO MJS |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 69.) |
| vs. | |
| US-REPORTS, INC., et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **October 2, 2013**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1