1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8   THOR RONLAKE, et al.,                    CASE NO. CV F 11-2009 LJO MJS

9                    Plaintiffs,            **ORDER TO DISMISS AND CLOSE ACTION**
                                            (Doc. 69.)
10

11        vs.

12

13

14   US-REPORTS, INC., et al.,

15                    Defendants.

16   _____/

17        Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this

18   Court:

19        1.    DISMISSES with prejudice this entire action and all claims;

20        2.    VACATES all pending dates and matters; and

21        3.    DIRECTS the clerk to close this action.

22

23   IT IS SO ORDERED.

24   Dated:   **October 2, 2013**               **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE
25

26

27

28

1